UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOSEPH PATRICK FRASGOGNA AND
LISA NICHOLS FRASCOGNA                                                                    PLAINTIFFS

V.                                                                    CIVIL ACTION NO. 3:07CV96 DPJ-JCS

WELLS FARGO BANK, N.A.
d/b/a AMERICA'S SERVICING COMPANY                                              DEFENDANT

JUDGMENT

For the reasons given in the order entered in this case granting Defendant's motion for summary judgment,

IT IS HEREBY ORDERED THAT this case is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 31th day of August, 2009.

                                      s/ *Daniel P. Jordan III*
                                      UNITED STATES DISTRICT JUDGE